

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DUY TRANG (21),<br><br>    Defendant. | Case No. 15CR2932-H<br><br>Booking No. 51724-298<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the oral motion of the United States, the Court grants the Government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Duy Trang. The Defendant is hereby discharged as to this case only and the bond is hereby exonerated.[1] The Orders of Criminal Forfeiture filed on April 4, 2019 and June 11, 2019 (Doc. Nos. 971 and 995) remain undisturbed by this Judgment and Order of Dismissal.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 5, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-